

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2021

No. 04-21-00192-CR

Kendell Marzell **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR4119
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Kendell Markell Johnson seeks to appeal the trial court's judgment convicting him of burglary of a habitation. The trial court imposed sentence on December 11, 2020. Johnson did not file a motion for new trial and his deadline for filing a notice of appeal was therefore January 11, 2021. TEX. R. APP. P. 26.2(a)(1). The clerk's record contains a notice of appeal file-stamped May 13, 2021. The envelope in which the notice of appeal was mailed bears a postmark of April 29, 2021. Johnson's motion for appointment of appellate counsel, received by the trial court clerk the same day, contains a certificate of service dated April 27, 2021. Johnson did not file a timely motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

We therefore **order** a response due **June 10, 2021,** establishing that the notice of appeal was timely filed by mail or otherwise showing cause why this appeal should not be dismissed for want of jurisdiction. *See Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014) (stating timely notice of appeal is necessary to invoke court of appeals' jurisdiction and holding pro se inmate's pleading is deemed filed at the time prison authorities duly receive document to be mailed). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. If a supplemental clerk's record is necessary to show this court's jurisdiction, appellant has the burden to request the trial court clerk to prepare the record, identifying the additional pleadings and orders requested, and must file a copy of any such request with this court.

_____
Luz Elena D. Chapa, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2021.

_____
Michael A. Cruz,
Clerk of Court